NO. D0110425390, D0120425516

| | | |
|---|---|---|
| COMMISSION FOR LAWYER DISCIPLINE | § § § | EVIDENTIARY PANEL |
| v. | § § | OF DISTRICT 06A |
| JERRY W. MELTON | § § | GRIEVANCE COMMITTEE |

## AGREED JUDGMENT OF PUBLIC REPRIMAND

A complaint was docketed by the Grievance Committee for State Bar District No. 06A, State Bar of Texas, against Jerry Melton, Texas Bar Number 13925000, (hereinafter referred to as "Respondent") a licensed attorney and member of the State Bar of Texas, residing in Dallas, Texas by Robert L. McCallum and Carrie Ann Dennis, as Complainants, alleging certain acts of professional misconduct on the part of the Respondent which occurred in Dallas County, Texas.

### JURISDICTION AND VENUE

The Evidentiary Panel finds that Respondent was an attorney licensed to practice law in Texas and further finds that Respondent filed an election to have this complaint heard by an Evidentiary Panel. The Evidentiary Panel finds it has jurisdiction over the parties and subject matter of this action, and that venue is proper before the Evidentiary Panel of the District 06A Grievance Committee.

### PROFESSIONAL MISCONDUCT

The Respondent and the Commission for Lawyer Discipline have reached an agreement in this matter and the Evidentiary Panel, having considered the agreements and stipulations of the parties, enters the following Findings of Fact and Conclusions of Law:

## Findings of Fact and Conclusions of Law

In 2004, Respondent pleaded no contest to multiple Class C misdemeanor offences involving incidents in 2003 and was ordered to pay fines and costs in each case.

The foregoing facts support a violation of Rule 8.04(a)(2) of the Texas Disciplinary Rules of Professional Conduct.

## PUBLIC REPRIMAND

The Commission for Lawyer Discipline, the Evidentiary Panel, and the Respondent lawyer have agreed that the above Findings of Fact and Conclusions of Law support a Judgment of Public Reprimand herein agreed to, and by reason of said findings and conclusions, the Evidentiary Panel finds that Respondent has committed acts of professional misconduct as defined by Rule 1.06(V) of the Texas Rules of Disciplinary Procedure and should be publicly reprimanded.

**IT IS AGREED AND ORDERED** that Respondent shall take an additional six (6) hours of MCLE in Labor and Employment Law by July 1, 2007. Respondent shall provide proof of his completion of the additional MCLE to the Office of the Chief Disciplinary Counsel of the State Bar of Texas, One Lincoln Centre, 5400 LBJ Freeway, Suite 1280, Dallas, Texas 75240, no later than July 31, 2007.

**IT IS FURTHER AGREED AND ORDERED** that Respondent pay Seven Hundred Fifty Dollars ($750.00) in attorneys' fees to the Office of the Chief Disciplinary Counsel of the State Bar of Texas, One Lincoln Centre, 5400 LBJ Freeway, Suite 1280, Dallas, Texas 75240. Said attorneys' fees shall be paid by cashier's check or money order, made payable to the State Bar of Texas, and submitted contemporaneously with the signing of this judgment.

All amounts ordered herein are due to the misconduct of the attorney and are assessed as a part of the sanction in accordance with Rule 1.06(Y) of the Texas Rules of Disciplinary Procedure

and are intended by the parties to be non-dischargeable in bankruptcy. Any amount not paid shall bear interest in the amount of five percent (5%) per annum until paid and the State Bar of Texas shall have all writs and other post-judgment remedies against Respondent in order to collect all unpaid amounts.

**IT IS THEREFORE AGREED AND ORDERED** that this Public Reprimand is to be made a matter of record and appropriately recorded in accordance with the Texas Rules of Disciplinary Procedure.

SIGNED this 19th day of March, 2007

EVIDENTIARY PANEL
DISTRICT NO. 6A-B1
STATE BAR OF TEXAS

BY: _____
Michael Savage
Evidentiary Panel Chair

AGREED AS TO FORM ONLY:                    AGREED AS TO BOTH
                                           FORM AND SUBSTANCE:

STATE BAR OF TEXAS
Office of the Chief Disciplinary Counsel

JOHN A. NEAL
Chief Disciplinary Counsel

*[signature]*                              *[signature]*

Tana K. Van Hamme                          Tim Duffy
Assistant Disciplinary Counsel             Attorney for Respondent
State Bar No. 20494960                     State Bar No. 06170500

One Lincoln Centre                         Burleson, Pate & Gibson
5400 LBJ Freeway, Suite 1280               2414 N. Akard, Suite 700
Dallas, Texas 75240                        (214) 871-4900
(972) 383-2900 Telephone                   (214) 871-7543
(972) 383-2935 Facsimile

                                           *[signature]*

                                           Jerry W. Melton
                                           Respondent
                                           State Bar No. 13925000